IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PANSY BLACKWELL                                                              PETITIONER

vs.                      Civil Case No. 3:06CV00035 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                            RESPONDENT

## ORDER

The court has received a petition and an amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 from Pansy Blackwell. The court is unable to tell from the pleadings whether Petitioner is incarcerated at this time, whether she is attempting to challenge a prior conviction or whether she is attempting to raise an alleged violation of her constitutional rights during previous criminal proceedings. Petitioner is directed to amend her petition within thirty days to be more specific. She is to state exactly what remedy she is seeking; what conviction, if any, is involved; the court in which she was convicted and the date of conviction; the date of any state court or appellate decisions regarding her conviction and specifically what acts each defendant committed that violated her constitutional rights. Petitioner should provide any other information she deems helpful in understanding her claim. If Petitioner does not respond to this Order within thirty days, her petition will be subject to dismissal as conclusory.

SO ORDERED this 12th day of April, 2006.

*Henry L. Jones, Jr.*
United States Magistrate Judge