IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PANSY BLACKWELL                                                                                    PLAINTIFF

3:06CV00035WRW/HLJ

MIKE TRAIL, et al.                                                                                  DEFENDANTS

ORDER

The Clerk has "drawn" this civil case as a 530 (habeas corpus) action. The complaint and amended complaint, however, concern allegations of improper conduct during an arrest, by a plaintiff who was not incarcerated at the time she filed the complaint, and is not currently incarcerated. Therefore, the complaint states a claim properly categorized under 440 (regular civil).

In addition, while plaintiff has paid the $5.00 filing fee for a habeas corpus action, the filing fee for a regular civil action is $350.00. Therefore, plaintiff must pay the $345.00 balance in order to continue with the prosecution of this action. Accordingly,

The Clerk of the Court is hereby directed to change the designation of this case from 530 to 440.

IT IS FURTHER ORDERED that plaintiff shall pay the balance of the filing fee owed ($345.00) within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 31st day of May, 2006.

_____
United States Magistrate Judge

1