IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PANSY BLACKWELL                                                                                      PLAINTIFF

vs.                                          3:06CV00035-WRW

MIKE TRAIL, et al                                                                                 DEFENDANTS

## ORDER

  The above styled matter was filed in this Court on March 8, 2006. Pursuant to an Order from Magistrate Judge Henry L. Jones, Jr., Ms. Blackwell was ordered to pay the balance of her filing fee within 15 days of the May 31, 2006 Order. Ms. Blackwell paid the remaining $345.00 on June 2, 2006. Since the filing fee has been paid, summons have not been issued by the Court and service of process has not been made on the defendants. The Clerk's Office is directed to send blank summons forms to Ms. Blackwell for her to complete and return to the Clerk's Office for issuance. After the Clerk's Office has issued the summons, and returned them to Ms. Blackwell, it is Ms. Blackwell's responsibility to have the defendants served with the summons and Complaint. Failure to serve the defendants may result in this case being dismissed for failure to prosecute. Further, it is the responsibility of a plaintiff proceeding pro-se before the Court to become familiar with the Federal Rules of Civil Procedure as well as the Local Rules for the Eastern District of Arkansas.

  IT IS SO ORDERED this 6th day of November, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE


ord.dism.wpd