# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PANSY BLACKWELL**                                                    **PLAINTIFF**

**v.**                                        **NO. 3:06CV00035-WRW**

**MIKE TRAIL, *ET AL.***                                        **DEFENDANTS**

## ORDER

A *pro se* litigant must follow the rules appropriate to lawyers. At the same time, courts must be tolerant and not too persnickety in reviewing papers filed by *pro se* parties.

In this case, unfortunately, Plaintiff's filings are nonsensical, and nowise meet the allegations of Defendants' Motions to Dismiss. On top of this, it appears that Plaintiff's filings have the same infirmities with respect to the other Defendants, although nothing has been filed by the other Defendants. The complaint against them will also be dismissed.

In other words, the case is DISMISSED in its entirety.[1]

IT IS SO ORDERED this 28th day of December, 2006.

                                                       /s/ Wm. R.Wilson,Jr.
                                                       UNITED STATES DISTRICT JUDGE

---

[1] Defendants' Motions to Dismiss (Doc. Nos. 29, 33) are GRANTED, and Plaintiff's discovery motions (Doc. Nos. 35, 37, 40) are MOOT.