**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PANSY BLACKWELL**                                                                                       **PLAINTIFF**

v.                                              **NO. 3:06CV00035-WRW**

**MIKE TRAIL,** *ET AL***.**                                                                              **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 28th day of December, 2006.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE